# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | Case No. 1:15-cv-00337---SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME** |
| | (Doc. 11) |
| PAUL GOGNA, individually and dba PRINCE FOOD MART, | |
| Defendant. | |

The parties filed a stipulated request that Defendant be permitted additional time to respond to the complaint so that the parties may engage in settlement negotiations. Defendant has obtained a site inspection and a short additional amount of time is needed to obtain a report for review before a proposed plan of remediation and settlement can be agreed upon.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for an extension of time to file a response to the complaint is GRANTED; and

2. Defendant shall file a response to the complaint on or before June 1, 2015.

IT IS SO ORDERED.

Dated:  **May 26, 2015**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE